IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| JIMMY DUANE BURKS, | § | |
| Plaintiff, | § | |
| v. | § | 2:19-CV-167-Z-BR |
| STATE FARM, et al., | § | |
| Defendants. | § | |

## ORDER

On August 9, 2019, the United States Magistrate Judge entered findings, conclusions and recommended Plaintiff's claims be dismissed for lack of subject matter jurisdiction. ECF No. 7. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. Plaintiff failed to establish that this Court has subject-matter jurisdiction over his claim.

It is therefore ordered that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED. Plaintiff's claims are DISMISSED.

**SO ORDERED**.

October 8, 2019.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE